# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS V. RODRIGUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>K. DICKENSON, et al.,<br><br>   Defendants. | Case No.  1:15-cv-00065-SAB-PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(ECF NO. 8)<br><br>FOURTEEN DAY DEADLINE |

Plaintiff Luis V. Rodriguez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).[1]

On January 21, 2016, the Court screened and dismissed Plaintiff's complaint, with leave to amend, for failure to state a cognizable claim. (ECF No. 8.)  Plaintiff was directed to file an amended complaint within thirty days from the date of service.  (Id.)   Plaintiff failed to file an amended complaint, and on March 4, 2016, an order to show cause was entered, directing Plaintiff to show cause why this action should not be dismissed for failure to obey a court order and failure to prosecute. (ECF No. 9.)  On March 8, 2016, Plaintiff filed a motion for extension of time in which to file an amended complaint.  On March 11, 2016, an order was entered, discharging the order to show cause, and granting Plaintiff a thirty day extension of time in

---

[1] Plaintiff filed a consent to proceed before a magistrate judge on February 10, 2015. (ECF No. 4.)

which to file an amended complaint. (ECF No. 11.)   The thirty day period has expired, and Plaintiff has not filed an amended complaint or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, Plaintiff shall show cause within fourteen (14) days as to why this action should not be dismissed.  Plaintiff is cautioned that that failure to comply with this order will result in dismissal of this action for failure to comply with a court order and failure to state a cognizable claim upon which relief may be granted.

IT IS SO ORDERED.

Dated:   **April 22, 2016**

UNITED STATES MAGISTRATE JUDGE